UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| THIOMAS KOVACH, ET AL., | ) | CASE NO.1:07CV2584 |
| | ) | |
| Plaintiff, | ) | JUDGE CHRISTOPHER A. BOYKO |
| | ) | |
| Vs. | ) | |
| | ) | |
| ZURICH AMERICAN INSURANCE COMPANY, ET AL., | ) | ORDER |
| | ) | |
| Defendant. | ) | |

CHRISTOPHER A. BOYKO, J:

This matter is before the Court on Plaintiffs' Motion for Order Resetting Schedule to Include and/or Allow Briefs as to the Applicable Standard of Review and for Limited Discovery (ECF # 22). Plaintiffs appear to contend that Zurich American Insurance Co., designated its discretionary administrative and fiduciary duties under the Plan to a third-party. The Court has not been provided any evidence or testimony to support this allegation. To the contrary, Defendant provided a sworn affidavit and documentation refuting Plaintiffs' assertion. Therefore, the Court denies Plaintiffs' Motion to Extend the briefing schedule and motion for discovery. However, as Defendant correctly points out, the parties are free to argue the applicable standard of review in their briefs on the administrative record.

IT IS SO ORDERED.

*Christopher A. Boyko*
CHRISTOPHER A. BOYKO
United States District Judge

**FILED**

JAN 15 2008

CLERK OF COURTS
U.S. DISTRICT COURT, N.D.O.
CLEVELAND